# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAMILLE MAYHAMS AND CHARITY MASSEY,** | : | CIVIL ACTION NO. 1:06-CV-0441 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **MRS. DEPUTY WARDEN MOTTER,** et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of April, 2006, upon consideration of the Administrative Order dated March 2, 2006 (Doc. 4), wherein plaintiffs were informed that this case would be dismissed without prejudice unless, within thirty (30) days, they either paid the statutory filing fee of $250.00 or filed properly completed applications to proceed in forma pauperis and authorization forms, and it appearing that despite this admonition, thirty (30) days have elapsed and, while Mayhams has filed an authorization, Massey has neither made an appropriate submission nor requested an extension of time in which to do so, it is hereby ORDERED that the this action is dismissed without prejudice, and the Clerk of Court shall CLOSE this file.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge